**Order entered May 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01353-CV

**GQ ENTERPRISES CORPORATION, Appellant**

**V.**

**INAYATALI RAJANI AND THE RAJANI GROUP, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-05188**

## ORDER

The Court has before it appellant's May 21, 2013 motion to extend time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellant on May 21, 2013 be timely filed as of today's date.

/s/     ELIZABETH LANG-MIERS
         JUSTICE